NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1392, -1393, -1422

TRADING TECHNOLOGIES INTERNATIONAL, INC.,

Plaintiff-Appellant,

v.

ESPEED, INC., ECCO LLC,
ECCOWARE LTD., and ESPEED INTERNATIONAL, LTD.,

Defendants-Cross-Appellants.

Appeal from the United States District Court for the Northern District of Illinois in case no. 04-CV-5312, Senior Judge James B. Moran.

ON MOTION

Before PROST, Circuit Judge.

ORDER

GL Trade SA, GL Trade Americas, Inc., and FuturePath LLC (GL Trade) move for leave to file a replacement brief amicus curiae. The court treats Trading Technologies International, Inc.'s motion to vacate as a motion for reconsideration of the court's February 2, 2009 order granting GL Trade's motion for leave to file a brief amicus curiae. GL Trade opposes. Trading Technologies replies. In the alternative, Trading Technologies requests an additional 4,000 words for its response/reply brief. An opposition was filed by eSpeed Inc., et al.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     GL Trade's motion for leave to file a replacement brief is granted.

(2)     Trading Technologies' motions are denied.

FOR THE COURT

MAR 1 6 2009

_____
Date

cc:   Lora A. Moffatt, Esq.
      Paul H. Berghoff, Esq.
      Gary A. Rosen, Esq.

s8

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2009

JAN HORBALY
CLERK